CARROLL v. CARROLL.

GILBERT, J. The exception is to a judgment awarding ten dollars per month as temporary alimony and twenty-five dollars for counsel fees, pending an action for divorce and permanent alimony. On conflicting evidence, no abuse of discretion being shown, the judgment is affirmed.

*Judgment affirmed. All the Justices concur.*

No. 7481. DECEMBER 11, 1929.

*W. L. Nix,* for plaintiff in error. *John I. Kelley,* contra.